**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN ~~DISTRICT~~ OF ILLINOIS

# Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** WILLIAM WALLS | **Defendant(s):** ILLINOIS DEPARTMENT OF CORRECTIONAL CLINICAL PSHYCHOLOGISTS, etc., et al |
| **County of Residence:** SCHUYLER | **County of Residence:** |
| **Plaintiff's Address:** William Walls #852982 Rushville - DHS R.R. #1, Box 6A Rushville, IL 62681 | **Defendant's Attorney:** Illinois Department of Corrections 100 West Randolph Street Suite 4-200 Chicago, IL 60601 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

FILED
JUL 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**08CV4056**
**JUDGE LEINENWEBER**
**MAG. JUDGE NOLAN**

**Signature:** *[signature]*   **Date:** 7/17/08