IN THE
UNITED STATES DISTRICT OF ILLINOIS
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

JUL 17 2008
JUL 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WILLIAM WALLS
PLAINTIFF (s).

v.

IDOC CLINICAL psychologists in-the Special Evaluation unit- et. al.

Defendant (s).

Civil Actions No.

08CV4056
JUDGE LEINENWEBER
MAG.JUDGE NOLAN

## APPLICATION TO PROCEED AS A POOR PERSON

I, William Walls, pro-se, swear upon oath and state;

That the Prisoner litigation Reform Act accordingly does not apply him. The plaintiff is Detained at IDHS-TDF. as a pre-trial detainee.

(1). Plaintiff occupation or means of support. ______

(2). Plaintiff is employed as by None..

(3). Source and amount of income expected by the plaintiff hereafter is None.

(4). Persons dependant on applicant for support. None

(5). Plaintiff owns (a) no real estate except: None and (b) personal property, which in the aggregate does not exceed, None, in value and consists of None, including a None, motor vehicle, None value at None.

(6). Applicant is unable to pay the costs of this case.

(7). Applicant has a meritorious claim and defense.

WILLIAM WALLS

I, William Walls, swear under the penalty of perjury that all the given information in this motion to proceed as a poor person is true and correct. And that the plaintiff will also stand before the court, here and now and there-to 7-11-08.

WILLIAM WALLS / IDHS-TDF No. 852982
IDHS-TDF
R.R.1, Box 6A.
RUSHVILLE, Ill. 62681.

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: [signature]

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date:____________________

**My issues on appeal are:**

**1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.**

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ no | $ | $ None | $ |
| Self-employment | $ no | $ | $ None | $ |
| Income from real property (such as rental income) | $ no | $ | $ None | $ |
| Interest and dividends | $ no | $ | $ None | $ |
| Gifts | $ no | $ | $ None | $ |
| Alimony | $ no | $ | $ None | $ |
| Child support | $ no | $ | $ None | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ no | $ | $ None | $ |
| Disability (such as social security, insurance payments) | $ no | $ | $ None | $ |
| Unemployment payments | $ no | $ | $ None | $ |
| Public-assistance (such as welfare) | $ no | $ | $ None | $ |
| Other (specify):________ | $ No | $ | $ None | $ |
| **Total monthly income:** | $ No | $ | $ None | $ |

**2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)**

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| The plaintiff has been incarcerate for (16) years and is now a pre-detainee at the IDO-HS-TDF | | | |

**3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)**

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| None | None | None | None |
| | | | |
| | | | |

**4. How much cash do you and your spouse have? $ ______**
**Below, state any money you or your spouse have in bank accounts or in any other financial institution.**

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | None | None | None |
| | | | |
| | | | |

***If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

**5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.**

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| None | None | Make & year: None |
| — | — | Model: — |
| — | — | Registration #: — |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: None | None | None |
| Model: — | — | — |
| Registration #: — | — | — |

**6. State every person, business, or organization owing you or your spouse money, and the amount owed.**

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | — | — |
| None | — | — |
| None | — | — |

**7. State the persons who rely on you or your spouse for support.**



| Name | Relationship | Age |
|---|---|---|
| None | None | None |
| — | — | — |
| — | — | — |

**8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.**



| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included? [ ] Yes [ ]No<br>Is property insurance included? [ ] Yes [ ]No | $ None | $ — |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ None | $ — |
| Home maintenance (repairs and upkeep) | $ None | $ — |
| Food | $ None | $ — |
| Clothing | $ None | $ — |
| Laundry and dry-cleaning | $ None | $ — |
| Medical and dental expenses | $ None | $ — |
| Transportation (not including motor vehicle expenses | $ None | $ — |
| Recreation, entertainment, newspapers, magazines, etc. | $ None | $ — |
| Insurance (not deducted from wages or included in mortgage payments)<br>Homeowner's or renter's | $ None | $ — |

| | | |
|---|---|---|
| Life | $ None | $ — |
| Health | $ None | $ — |
| Motor vehicle | $ None | $ — |
| Other: None | $ None | $ — |
| Taxes (not deducted from wages or included in mortgage payments) (specify): None | $ None | $ — |
| Installment payments None | $ None | $ — |
| Motor Vehicle None | $ None | $ — |
| Credit card (name): None | $ None | $ — |
| Department store (name): None | $ None | $ — |
| Other: None | $ None | $ — |
| Alimony, maintenance, and support paid to others | $ None | $ — |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ None | $ — |
| Other (specify): None | $ None | $ — |
| Total monthly expenses: | $ None | $ — |

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?** No

[ ] Yes [ ] No If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?** No

[ ] Yes [ ] No If yes, how much? $________

If yes, state the attorney's name, address, and telephone number:

None

**11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No If yes, how much? $________________

If yes, state the person's name, address, and telephone number:

________________________________________

________________________________________

________________________________________

**12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.**

**13. State the address of your legal residence.**

William Walls

IDHS-TDF, R.R 1, Box 6A.

Rushville, Ill. 62681.

Your daytime phone number: ( — ) 815-740-8781

Your age: 39 Your years of schooling: G.E.D

Your social-security number: Do not know by memory.

REPORT ID: QATF421A

TRUST FUNDS QUARTERLY ACTIVITY STATEMENT

AS OF 06/30/2008

PAGE: 1406

DATE PRODUCED: 07/02/2008

DEPT: 482 FAC: 41 TREATMENT & DETENTION FA FUND: 1143

* INDICATES MONEY ON HOLD
DOCUMENTS LISTED IN ORDER OF ENTRY

| ACCT NO/ CHECK | DOC DATE | TRAN CODE | DOC NUMBER | DR AMOUNT | CR AMOUNT | DR BALANCE | CR BALANCE | DESCRIPTION | SOURCE/ PURPOSE |
|---|---|---|---|---|---|---|---|---|---|
| WALLS | | WILLIAM | 852982 | | | | | | |
| 200 R01 | 03/31/2008 | BEGIN QTLY BAL | | | | | .00 | BEGINNING BALANCE | |
| 200 R01 | 06/30/2008 | END QTLY BAL | | | | | .00 | ENDING BALANCE | |
| WALLS | | WILLIAM | 852982 | | | | | | |
| 200 001 | 03/31/2008 | BEGIN QTLY BAL | | | .80 | | .80 | BEGINNING BALANCE | |
| 200 001 | 06/30/2008 | END QTLY BAL | | | .80 | | .80 | ENDING BALANCE | |
| WALLS | | WILLIAM | 852982 | | | | | | |
| 200 005 | 03/31/2008 | BEGIN QTLY BAL | | | .01 | | .01 | BEGINNING BALANCE | |
| 200 005 | 06/30/2008 | END QTLY BAL | | | .01 | | .01 | ENDING BALANCE | |
| WALLS | | WILLIAM | 852982 | | | | .81 | RECIPIENTS TOTAL END BAL | |

Acct Tech I

SOURCE/PURPOSE LEGEND:
CL-CLOTHING CM-COMMISSIONARY CA-CIVIL SERVICE ANNUITY IT-INTEREST MI-MISCELLANEOUS PN-PERSONAL NEEDS RB-REIMBURSEMENTS RR-RAILROAD
SS-SOCIAL SECURITY SI-SUPPLEMENTAL SS TG-TAX GRANT VA-VETERANS WC-WORKSHOP
TRAN CODES: TF-TRANSFER DR-DEBIT CR-CREDIT RE-RECEIPT DB-DISBURSEMENTS DM-DEBIT

REPORT ID: OATF421A
DATE PRODUCED: 04/02/2008

TRUST FUNDS QUARTERLY ACTIVITY STATEMENT
AS OF 03/31/2008

PAGE: 1360

DEPT: 482 FAC: 41 TREATMENT & DETENTION FA FUND: 1143

* INDICATES MONEY ON HOLD
DOCUMENTS LISTED IN ORDER OF ENTRY

| ACCT NO/ CHECK | DOC DATE | TRAN CODE | DOC NUMBER | DR AMOUNT | CR AMOUNT | DR BALANCE | CR BALANCE | DESCRIPTION | SOURCE/ PURPOSE |
|---|---|---|---|---|---|---|---|---|---|
| WALLS | | WILLIAM | 852982 | | | | .00 | BEGINNING BALANCE | |
| 200 R01 | 12/31/2007 | BEGIN QTLY BAL | | | | | .00 | ENDING BALANCE | |
| 200 R01 | 03/31/2008 | END QTLY BAL | | | | | | | |
| WALLS | | WILLIAM | 852982 | | | | .80 | BEGINNING BALANCE | |
| 200 001 | 12/31/2007 | BEGIN QTLY BAL | | | .80 | | .80 | ENDING BALANCE | |
| 200 001 | 03/31/2008 | END QTLY BAL | | | .80 | | | | |
| WALLS | | WILLIAM | 852982 | | | | .01 | BEGINNING BALANCE | |
| 200 005 | 12/31/2007 | BEGIN QTLY BAL | | | .01 | | .01 | ENDING BALANCE | |
| 200 005 | 03/31/2008 | END QTLY BAL | | | .01 | | | | |
| WALLS | | WILLIAM | 852982 | | | | .81 | RECIPIENTS TOTAL END BAL | |

Cindy [illegible]
Acct Tech. I

SOURCE/PURPOSE LEGEND:
CL-CLOTHING CM-COMMISSIONARY CA-CIVIL SERVICE ANNUITY IT-INTEREST MI-MISCELLANEOUS PN-PERSONAL NEEDS RB-REIMBURSEMENTS RR-RAILROAD
SS-SOCIAL SECURITY SI-SUPPLEMENTAL SS TG-TAX GRANT VA-VETERANS WC-WORKSHOP
TRAN CODES: TF-TRANSFER DR-DEBIT CR-CREDIT RE-RECEIPT DB-DISBURSEMENTS DM-DEBIT



State of Illinois
Department of Human Services
TREATMENT AND DETENTION FACILITY
RESIDENT REQUEST FORM

Resident Name: William Wells DHS # ______ Date: 6-26-08

Unit: 7-1 Room # 3

ADDRESS ALL REQUESTS TO PROPER DHS STAFF PERSONNEL

Attention: To: Cindy Schultz, Trust Fund office.

A. I wish to be interviewed regarding: I'm in need of a ~~[illegible]~~ verification that certified my trust fund account for the past (6) six months. As a result, of a federal complaint, to the federal courts, I've got to proceed as a poor person and this is required by the court. —— (OR) — verification with your signature certified of the account please.

B. An interview is not necessary but I would like:

He says just give him this info on the informal papers. W. Pennock

Resident Signature: [signature]

STAFF RESPONSE

Date Request Received: ______

Action Taken/Staff Response:

Staff Signature: ______ Date: ______

IL-462-5014 (N-02-05) E