# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| William Walls | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 4056 |
| Illinois Dept of Corrections | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's complaint is dismissed without prejudice.

Michael W. Dobbins, Clerk of Court

Date: 8/1/2008

/s/ Wanda A. Parker, Deputy Clerk