IN THE
UNITED STATES DISTRICT OF ILLINOIS
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
Aug 11, 2008
AUG 1 1 2008
mB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WILLIAM WALLS )
PLAINTIFF ) HARRY D. LEINENWEBER
)
) APPEAL FROM THE UNITED STATES DISTRICT
V. ) COURTS OF THE NORTHERN DISTRICT
) OF ILLINOIS. EASTERN DIVISION.
ILLINOIS DEP'T OF CORRECTI-)
ONAL CLINICAL PHYCHOLOGIST-) CASE NO. 08-C-4056.
s, ECT, ET AL. )

## NOTICE OF APPEAL

Now comes, the plaintiff, William WAlls, pro-se, is hereby given
Notice, that the plaintiff hereby would like to appeal to the United
States Court of Appeals for the Seventh Circuit Court. As a result
of the final judgement entered on the plaintiff Civil rights act
complaint, titled 42- 1983, complaint entered on Aug 1, 2008.
The plaintiff is a pre-trial detainee, housed at the IDHS-TDF.
And does not have the means to apy for court cost. The plaintiff
is a poor person who seeks access to the court.

That I, William Walls, swear under oath that the forgoing is
true and correct.

WILLIAM WALLS

IDHS-TDF

R.R 1, Box 6A.

Rushville, Illinois. 62681.

1-of-1.