

```
                                              FILED
         IN THE                              Aug 11, 2008
UNITED STATES DISTRICT OF ILLINOIS
    NORTHERN DISTRICT OF ILLINOIS            AUG 1 1 2008
         EASTERN     DIVISION                          MB
```

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

```
WILLIAM WALLS                  )
PLAINTIFF                      ) HARRY D. LEINENWEBER
                               )
V.                             ) APPEAL FROM THE UNITED STATES DISTRICT
                               ) COURTS OF THE NORTHERN DISTRCIT OF
ILLINOIS.DEP'T OF CORRECTION-  ) ILLINOIS. EASTERN DIVISION.
AL CLINICAL PHYCHOLOGISTS,-    )
ECT, ET AL.                    ) CASE NO. 08-C-4056.
```

### APPLICATION TO PROCEED AS A POOR PERSON

I, William Walls, pro-se, swear upon oath and state;

That the prisoner litigation reform act accordingly does not apply him. The plaintiff is Detained at the Illinois Department of Humanservice, Treatment and Detention Facility. As a pre-trial detainee.

(1). Plaintiff occupation or means of support.

(2). Plaintiff is employed as a by None.

(3). Source and amount of income expected by the plaintiff hereaftter is none.

(4). Persons dependant on the plaintiff for support. None.

(5). Plaintiff owns (a) no real estate except: None
and (b) personal property, which in the aggregate does not exceed, None, in value and consists of None, including a None, motor vehicle, None value at None.

(6). Plaintiff is unable to pay the costs of this case.

(7). Plaintiff has a meritorious claim and defense.


WILLIAM WALLS

I, William Walls swear under the penalty of perjury that all the given information in this motion to proceed as a poor person is true and correct. And that the plaintiff will also stand before the court, here and now and there to 8-6-08.

_____

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: __8-25-08__

My issues on appeal are:


1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ no | $ | $ no | $ |
| Self-employment | $ no | $ | $ no | $ |
| Income from real property (such as rental income) | $ no | $ | $ no | $ |
| Interest and dividends | $ no | $ | $ no | $ |
| Gifts | $ no | $ | $ no | $ |
| Alimony | $ no | $ | $ no | $ |
| Child support | $ no | $ | $ no | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ no | $ | $ no | $ |
| Disability (such as social security, insurance payments) | $ no | $ | $ no | $ |
| Unemployment payments | $ no | $ | $ no | $ |
| Public-assistance (such as welfare) | $ no | $ | $ no | $ |
| Other (specify): _____ | $ no | $ | $ no | $ |
| **Total monthly income:** | $ no | $ | $ no | $ |

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|

The plaintiff has been incarcerated for (16) years and is now in pre-detainee at the Cook Co. HS-TDF

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| None | None | None | None |

4. How much cash do you and your spouse have? $ _____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | None | None | None |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| None | None | Make & year: None |
| | | Model: |
| | | Registration # |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: None | None | None |
| Model: | | |
| Registration # | | |

2

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | — | — |
| None | — | — |
| None | — | — |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| None | None | None |
| — | — | — |
| — | — | — |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included? [ ] Yes [X] No <br> Is property insurance included? [ ] Yes [X] No | $ None | $ — |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ None | $ — |
| Home maintenance (repairs and upkeep) | $ None | $ — |
| Food | $ None | $ — |
| Clothing | $ None | $ — |
| Laundry and dry-cleaning | $ None | $ — |
| Medical and dental expenses | $ None | $ — |
| Transportation (not including motor vehicle expenses | $ None | $ — |
| Recreation, entertainment, newspapers, magazines, etc. | $ None | $ — |
| Insurance (not deducted from wages or included in mortgage payments) <br> Homeowner's or renter's | $ None | $ — |

3

Life                                                           $ None    $ —

Health                                                         $ None    $ —

Motor vehicle                                                  $ None    $ —

Other: None                                                    $ None    $ —

Taxes (not deducted from wages or included in mortgage payments)
(specify): None                                                $ None    $ —

Installment payments None                                      $ None    $ —

    Motor Vehicle None                     $ None    $ —

    Credit card (name): None               $ None    $ —

    Department store (name): None          $ None    $ —

    Other: None                            $ None    $ —

Alimony, maintenance, and support paid to others               $ None    $ —

Regular expenses for operation of business, profession, or farm (attach detail)   $ None    $ —

Other (specify): None                                          $ None    $ —

            Total monthly expenses:    $ None    $ —

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?  No

[ ] Yes [X] No  If yes, describe on an attached sheet.

10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?  No

[ ] Yes [X] No  If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

None

4

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No  If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.




13. State the address of your legal residence.

William Wells

SDHS-TDF, R.R. 1, Box 6A

Rushville, Ill. 62681

Your daytime phone number: (815) 746-8781

Your age: 39  Your years of schooling: G.E.D

Your social-security number: Do not know by memory.

5

```
REPORT ID: 08TF421A                TRUST FUNDS QUARTERLY ACTIVITY STATEMENT                          PAGE:   1406
DATE PRODUCED: 07/02/2008                     AS OF 06/30/2008                              * INDICATES MONEY ON HOLD
                                                                                              DOCUMENTS LISTED IN
DEPT.: 462 FAC: 41 TREATMENT & DETENTION FA         FUND: 1143                                    ORDER OF ENTRY

ACCT NO./   DOC        TRAN    DOC         DR          CR          DR          CR                SOURCE/
CHECK       DATE       CODE    NUMBER      AMOUNT      AMOUNT      BALANCE     BALANCE   DESCRIPTION    PURPOSE

WALLS,                         WILLIAM     852982
200 R01     03/31/2008 BEGIN QTLY BAL                                          .00       BEGINNING BALANCE
200 R01     06/30/2008 END QTLY BAL                                            .00       ENDING BALANCE

WALLS,                         WILLIAM     852982
200 001     03/31/2008 BEGIN QTLY BAL                              .80                   BEGINNING BALANCE
200 001     06/30/2008 END QTLY BAL                                .80                   ENDING BALANCE

WALLS,                         WILLIAM     852982
200 005     03/31/2008 BEGIN QTLY BAL                                          .01       BEGINNING BALANCE
200 005     06/30/2008 END QTLY BAL                                            .01       ENDING BALANCE

WALLS,                         WILLIAM     852982                              .81   RECIPIENTS TOTAL END. BAL.

SOURCE/PURPOSE LEGEND:
CL-CLOTHING CM-COMMISSARY CA-CIVIL SERVICE ANNUITY IT-INTEREST MI-MISCELLANEOUS PN-PERSONAL NEEDS RB-REIMBURSEMENTS RR-RAILROAD
SS-SOCIAL SECURITY SI-SUPPLEMENTAL SS TG-TAX GRANT VA-VETERANS WC-WORKSHOP
TRAN CODES: TF-TRANSFER DR-DEBIT CR-CREDIT RE-RECEIPT DB-DISBURSEMENTS DM-DEBIT
```

```
REPORT ID: DATE421A                    TRUST FUNDS QUARTERLY ACTIVITY STATEMENT                         PAGE: 1360
DATE PRODUCED: 04/02/2008                         AS OF 03/31/2008
DEPT: 462  FAC: 41 TREATMENT & DETENTION FA.   FUND: 1143              * INDICATES MONEY ON HOLD
                                                                         DOCUMENTS LISTED IN
                                                                         ORDER OF ENTRY
ACCT NO./   DOC      TRAN   DOC         DR.        CR.       DR.        CR.        SOURCE/
CHECK       DATE     CODE   NUMBER      AMOUNT     AMOUNT    BALANCE    BALANCE    DESCRIPTION      PURPOSE

WALLS                       WILLIAM     852982
200 R01     12/31/2007                                       .00                   BEGINNING BALANCE
200 R01     03/31/2008                                                  .00        ENDING BALANCE

WALLS                       WILLIAM     852982
200 001     12/31/2007                                       .80                   BEGINNING BALANCE
200 001     03/31/2008                                                  .80        ENDING BALANCE

WALLS                       WILLIAM     852982
200 005     12/31/2007                            .01                   .01        BEGINNING BALANCE
200 005     03/31/2008                            .01                   .01        ENDING BALANCE

WALLS                       WILLIAM     852982                          .81        RECIPIENTS TOTAL END BAL
```

*[signature]*
*Cathy Miller*
*Acct Tech I*

SOURCE/PURPOSE LEGEND:
CL-CLOTHING CM-COMMISSIONARY CA-CIVIL SERVICE ANNUITY IT-INTEREST MI-MISCELLANEOUS PN-PERSONAL NEEDS RB-REIMBURSEMENTS RR-RAILROAD
SS-SOCIAL SECURITY SI-SUPPLEMENTAL SS TG-TAX GRANT VA-VETERANS WC-WORKSHOP
TRAN CODES: TF-TRANSFER DR-DEBIT CR-CREDIT RE-RECEIPT DB-DISBURSEMENTS DM-DEBIT



**State of Illinois**
**Department of Human Services**
**TREATMENT AND DETENTION FACILITY**
**RESIDENT REQUEST FORM**

Resident Name: William Wells  DHS # _____  Date: 6-06-08

Unit: 7.1  Room # 3

### ADDRESS ALL REQUESTS TO PROPER DHS STAFF PERSONNEL

Attention: To: Cindy Schultz, Trust Fund office

A. I wish to be interviewed regarding: ~~I am in~~ need of ~~to submit~~ verification that certified my trust fund ~~account~~ for the past (6) six months. As a result of a ~~federal~~ complaint to the ~~federal~~ courts, I've got to proceed as a poor person and this is required by the court. ——— (OR) — Verification with your ~~signature~~ certified of the account please

B. An interview is not necessary but I would like:

He says just give him this info on the informal papers. W. Pennock

Resident Signature: _____

---

**STAFF RESPONSE**

Date Request Received: _____

Action Taken/Staff Response: _____

Staff Signature: _____  Date: _____

L-462-5014 (N-02-05) E