FILED
AUGUST 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

CEM

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 14, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-3061
>
> Caption:
> WILLIAM WALLS,
> Plaintiff - Appellant
>
> v.
>
> ILLINOIS DEPARTMENT OF CORRECTIONAL CLINICAL PSYCHOLOGISTS, in the special evaluation unit, et al.,
> Defendants - Appellees
>
> ---
>
> District Court No: 1:08-cv-04056
> Clerk/Agency Rep Michael Dobbins
> District Judge Harry Leinenweber
> Court Reporter Krista Burgeson
>
> Date NOA filed in District Court: 08/11/2008

If you have any questions regarding this appeal, please call this office.

CC:

Krista Flynn Burgeson

Michael W. Dobbins

form name: **c7_Docket_Notice_short_form** (form ID: **188**)