08C 4056

CH

To: Micheal Dobbins
Clerk of the United
States District Court
219 S. Dearborn St.
Chicago, Ill. 60604.

8.12.08

FILED

AUG 18 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Judge Leinenweber
Case no. 08-C-4056

(1). On 7.17.08, the plaintiff filed with this court a complaint under the civil rights act, title 42 section 1983. Case no. 08-C-4056.

(2). On 8.1.08, Decision by the court dismissed the plaintiff complaint without prejudice.

As a result, the plaintiff understood that he has only (30) thirty days to file his notice of appeal, if he wishes to appeal the decision of this complaint.

(3). On 8.6.08, the plaintiff recieved his notice of the court decision dismissing his complaint. Case no. 08-C-4056.

1 of 2

(4). On 8.7.08, at the SDHS-TDF, the plaintiff placed in the mail box, his notice of appeal, docket statement, summons, application to proceed as a poor person and motion for the appointment of counsel. Addressed directly to this court.

(5). The plaintiff mailed to this court (4). copys of each document. (1). one to be stamped filed and returned to the plaintiff.

Due to the dead-line close to file his notice of appeal the plaintiff now seeks acknowledgement from this court. That they've recieve the plaintiff previous attempt to file his notice of appeal and ect.

Please respond quickly, so that the plaintiff may insure that he has made his dead-line to file his notice of appeal and ect. Thank you.

B____ B____
R.R.1, Box 6·A
Rushville, Ill.
62681.

2. of. 2.