# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CIRCUIT RULE 3(b) FEE NOTICE**

August 27, 2008



FILED
SEP 03 2008 EA
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-3061 | WILLIAM WALLS,<br>Plaintiff - Appellant<br>v.<br>ILLINOIS DEPARTMENT OF CORRECTIONAL CLINICAL PSYCHOLOGISTS, in the special evaluation unit, et al.,<br>Defendants - Appellees |
|---|---|

**Originating Case Information:**

District Court No: 1:08-cv-04056
Northern District of Illinois, Eastern Division
Clerk/Agency Rep Michael Dobbins
District Judge Harry Leinenweber
Court Reporter Krista Burgeson

This court's records indicate that on August 26, 2008 the District Court denied your motion to proceed in forma pauperis.

Pursuant to Federal Rule of Appellate Procedure 24(a),

**WITHIN THE NEXT THIRTY (30) DAYS YOU MUST EITHER:**

1. Pay the required $450.00 docketing fee PLUS the $5.00 notice of appeal filing fee ($455.00 TOTAL) to the District Court Clerk. The Court of Appeals cannot accept this fee. You should keep a copy of the receipt for your records.

2. File a motion to proceed on appeal in forma pauperis with the Court of Appeals. An original and three (3) copies of that motion, with proof of service

on your opponent, is required. This motion must be supported by a sworn affidavit in the form of a sworn statement listing your assets and income.

**IF ONE OF THE ABOVE ACTIONS IS NOT TAKEN WITHIN 30 DAYS FROM THE DATE LISTED ABOVE, YOUR CASE WILL BE DISMISSED, PURSUANT TO CIRCUIT RULE 3(b).**

form name: c7_Rule3b_Notice_Sent (form ID: 145)