# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

312-435-5670

September 5, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Walls v. Illinois Department of Correctional Clinical Psychologists, et al

U.S.D.C. DOCKET NO. : 08cv4056

U.S.C.A. DOCKET NO. : 08-3061

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

 VOLUME(S) OF PLEADING(S)                1 Volume of Pleadings

 VOLUME(S) OF TRANSCRIPT(S)

 VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                        Very truly yours,

                                        Michael W. Dobbins, Clerk

                                        By:_____
                                            G. Jones, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

1 Volume of Pleadings

In the cause entitled: Walls v. Illinois Department of Correctional Clinical Pshychologists et al

USDC NO.   : 08cv4056

USCA NO.   : 08-3061

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 5th day of August 2008.

MICHAEL W. DOBBINS, CLERK

By: _____
G. Jones, Deputy Clerk

APPEAL, NOLAN, PC, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-04056
## Internal Use Only

| | |
|---|---|
| Walls v. Illinois Department of Correctional Clinical Pshychologists et al<br>Assigned to: Honorable Harry D. Leinenweber<br>Case in other court:                    08-03061 | Date Filed: 08/01/2008<br>Date Terminated: 08/01/2008<br>Jury Demand: Plaintiff<br>Nature of Suit: 550 Prisoner: Civil Rights<br>Jurisdiction: Federal Question |

Cause: 42:1983 Prisoner Civil Rights

**Plaintiff**

**William Walls**    represented by **William Walls**
#85292
Rushville - DHS
R.R. #1, Box 6A
Rushville, IL 62681
PRO SE

V.

**Defendant**

**Illinois Department of Correctional Clinical Pshychologists**
*in the special evaluation unit*

**Defendant**

**Jacqueline Buck**
*Illinois Department of Corrections*
*Ms. PH.d evaluator*

**Defendant**

**Richard Devine**
*of Cook County, States Attorney Office*

**Defendant**

**Lisa Madigan**
*Ms. Lisa Madigan the Attorney General Office*

**Defendant**

**Illinois Department of Human Services**
*Treatment and Detention Facility*

**Defendant**

**Larry J. Philips**
*Mr., Larry J. Philips, Director program IDHS- TDG agency officers involved.*

| | | |
|---|---|---|
| **Service List** | represented by | **Illinois Department of Corrections** 100 West Randolph, Suite 4-200 Chicago , IL 60601 *ATTORNEY TO BE NOTICED* |
| | | **Prisoner Correspondence - Internal Use Only** Email: Prison1_ILND@ilnd.uscourts.gov *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/17/2008 | 1 | RECEIVED Complaint and five copies by William Walls (Exhibits) (Poor Quality Original - Paper Document on File.) (hp, ). (Entered: 07/17/2008) |
| 07/17/2008 | 2 | CIVIL Cover Sheet (hp, ) (Entered: 07/17/2008) |
| 07/17/2008 | 3 | APPLICATION by Plaintiff William Walls for leave to proceed in forma pauperis and financial affidavit (Exhibit) (hp, ) (Entered: 07/17/2008) |
| 07/17/2008 | 4 | MOTION by Plaintiff William Walls for the appointment of counsel (hp, ) (Entered: 07/17/2008) |
| ~~07/21/2008~~ | 5 | ~~POST MARKED envelope for initiating document. (Document Not Scanned) (lcw, ) Modified on 7/21/2008 (lcw, ). (Entered: 07/21/2008)~~ |

| | | |
|---|---|---|
| 08/01/2008 | | (Court only) ***Miscellaneous Case Terminated. (hp, ) (Entered: 08/04/2008) |
| 08/01/2008 | 6 | MINUTE entry before the Honorable Harry D. Leinenweber: Plaintiff's motion for leave to proceed in forma pauperis 3 is granted. His motion for the appointment of counsel 4 is denied without prejudice. Plaintiff's complaint is dismissed without prejudice to plaintiff filing a petition for a writ of habeas corpus relief. [For further details see minute order.] (Civil Case Terminated.) Mailed notice (hp, ) (Entered: 08/04/2008) |
| 08/01/2008 | 7 | ENTERED JUDGMENT on 8/1/2008:Mailed notice (hp, ) (Entered: 08/04/2008) |
| 08/11/2008 | 8 | NOTICE of appeal by William Walls regarding orders 6 , 7 . (IFP) (gej, ) (Entered: 08/14/2008) |
| 08/11/2008 | 9 | DOCKETING Statement by William Walls regarding notice of appeal 8 . (Poor Quality Original-Paper Document on File) (gej, ) (Entered: 08/14/2008) |
| 08/11/2008 | 10 | APPLICATION by Plaintiff William Walls for leave to appeal in forma pauperis; (attachments). (gej, ) (Entered: 08/14/2008) |
| 08/11/2008 | 11 | MOTION by Plaintiff William Walls to appoint counsel. (gej, ) (Entered: 08/14/2008) |
| 08/11/2008 | 12 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 8 . Notified counsel (gej, ) (Entered: 08/14/2008) |
| 08/14/2008 | 13 | NOTICE of Appeal Due letter sent to counsel of record. (gej, ) (Entered: 08/14/2008) |
| 08/14/2008 | 14 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 8 ; USCA Case No. 08-3061 (hp, ) (Entered: 08/15/2008) |
| 08/18/2008 | 15 | LETTER from plaintiff William Walls dated 8/12/2008 regarding appeal. (hp, ) (Entered: 08/21/2008) |
| 08/26/2008 | 16 | MINUTE entry before the Honorable Harry D. Leinenweber: Plaintiff's motion for leave to appeal in forma pauperis 10 is denied. The court certifies that the appeal is not taken in good faith and orders plaintiff to pay the appellate fees of $455 within 14 days or the Court of Appeals may dismiss his appeal for want of prosecution. The clerk is directed to send a copy of this order to the trust fund officer at Rushville Treatment and Detention Center and the PLRA Attorney, U.S. Court of Appeals. Plaintiff's motion for the appointment of counsel is denied without prejudice to plaintiff submitting his request for counsel to the U.S. Court of Appeals for the Seventh Circuit. [For further details see minute order.] Mailed notice (hp, ) (Entered: 08/27/2008) |
| 08/27/2008 | | MAILED copy of minute order dated 08/26/2008 to the trust fundofficer at Rushville Treatment and Detention Center (hp, ) (Entered: 08/27/2008) |
| 08/27/2008 | | (Court only) FORWARDED copy of minute order dated 08/26/2008 to the PLRA Attorney, U.S. Court of Appeals (hp, ) (Entered: 08/27/2008) |

| 09/03/2008 | 17 | CIRCUIT Rule 3(b) Notice to appellant William Walls dated 8/27/2008. (hp, ) (Entered: 09/05/2008) |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**